UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM SCALES, ET AL., <br><br> Plaintiffs, <br><br> -against- <br><br> AMAZON PRIME VIDEO, <br><br> Defendant. | 25-cv-2626 (LTS) <br><br> CIVIL JUDGMENT |

For the reasons stated in the June 4, 2025, order, the Court dismisses this action without prejudice. See 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 5, 2025
             New York, New York

                                                    /s/ Laura Taylor Swain
                                                       LAURA TAYLOR SWAIN
                                                 Chief United States District Judge